**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 34 WAP 2017
:
                Appellee : Appeal from the Order of the Superior
: Court entered May 17, 2017 at No. 195
             v. : WDA 2017
:
JOHN IRA BRONSON, JR., :
:
                Appellant :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2017, the Application for Leave to File Exhibits is granted, and the Notice of Appeal is quashed. The Application for Stay is dismissed as moot.